IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-455

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| CAPRI INDUSTRIES, INC., JACQUELYN K. FINK, GARY W. FINK A/K/A GARY W. WAYLAND, SHAWN P. HIESTER AND KATHLEEN M. HIESTER, | ) ) ) ) ) ) | |
| Defendants. | ) | |

The undersigned, having reviewed the Joint Consent Motion to Stay Litigation jointly submitted and consented to by counsel for the parties to this lawsuit, finds that good cause exists for the relief requested therein and concludes that the Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED that this matter is hereby stayed, including all pending deadlines, until August 1, 2015.

Entered this __4__ day of March, 2015

JAMES C. DEVER III
Chief United States District Judge